IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CV-00729-M

| | |
|---|---|
| ROBERT PAUL SHARPE,<br><br>    Appellant,<br><br>v.<br><br>STEPHANIE BUTLER, et al.,<br><br>    Appellees. | ORDER |

This matter comes before the court sua sponte. On August 28, 2024, the Bankruptcy Court recommended that this court dismiss the instant appeal due to Appellant's failure to pay the filing fee. DE 3 at 2. On October 11, 2024, the court exercised its discretion by declining to outright dismiss the appeal, and instead ordered Appellant "to either (1) pay the filing fee for [this] appeal or (2) show cause why the court should waive payment of the fee[]." DE 6 at 3-4. The court set a deadline of October 18 for Appellant to do so. *See id.* at 4. To date, Appellant has neither paid the filing fee nor filed anything in this action to support waiver of the fee. Accordingly, the court DISMISSES the appeal.[1] The Clerk of Court is directed to close this case.

SO ORDERED this 30th day of October, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court recognizes that dismissal is a severe sanction. But given Appellant's litigation history in this court and the Bankruptcy Court (which includes a series of procedural violations in several appeals), the court can conceive of no lesser sanction that would serve the interests of justice, particularly considering Appellant's failure to comply with the court's October 11 order. *See Gardendance, Inc. v. Woodstock Copperworks, Ltd.*, 230 F.R.D. 438, 450 (M.D.N.C. 2005).

1