**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2346**

---

ROBERT PAUL SHARPE,

Plaintiff - Appellant,

v.

PETER SPARK; MARK EASTHAM; DANIEL M. SHOAF,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Richard E. Myers, II, Chief District Judge. (7:24-cv-00600-M-RJ)

---

Submitted: September 25, 2026 Decided: October 27, 2026

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Paul Sharpe, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe appeals the district court's order dismissing without prejudice for failure to pay the filing fee Sharpe's appeal of the dismissal of a bankruptcy adversary proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Sharpe v. Spark*, No. 7:24-cv-00600-M-RJ (E.D.N.C. Oct. 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*